UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR2251-W |
| Plaintiff | ) | CRIMINAL NO. 08mj1952 |
| vs. | ) | ORDER |
| Patricia Sierra | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 10083298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Claudia Monica Moya-Garcia
(MW Arr 6/25/08)

DATED: 7/8/08

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR., Clerk
by _____
Deputy Clerk